USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
          -against-                                        :      23-MAG-1127 (VEC)
:
:      <u>ORDER</u>
DAVID VIRGA,                                                       :
                     Defendant.                        :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on June 29, 2023, Defendant David Virga appeared for a change-of-plea hearing, during which Mr. Virga pled guilty to Count One of the Information.

        IT IS HEREBY ORDERED that the parties must appear for sentencing on **October 25, 2023, at 2:30 p.m.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  Sentencing submissions are due no later than **October 11, 2023**.

        IT IS FURTHER ORDERED that Mr. Virga's bail conditions are to remain in place.

**SO ORDERED.**

**Date:  June 29, 2023**
        **New York, NY**
                                                             **VALERIE CAPRONI**
                                                          **United States District Judge**